USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR-22-261 |
|---|---|
| DEFENDANT<br>Bruce Schoengood | TYPE OF PROCESS<br>Order of Forfeiture |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

United States Marshals Service

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

225 Cadman Plaza East, NY 11201

SECEIVED-USMS EDNY    OCT 12 '22 PM 12:07

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| BREON PEACE, United States Attorney<br>Eastern District of New York<br>271 Cadman Plaza East, Seventh Floor<br>Brooklyn, New York 11201<br>Attn: AUSA, Claire Kedeshian | Number of process to be served with this Form 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                    Fold

Please deposit the Santander Bank check # 3256233 in the amount of $500.00 into the seized asset deposit fund.

CATS ID# 22-FBI-001407

| Signature of Attorney other Originator requesting service on behalf of:<br>*Nicole Brown for CSK* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>718 254-7000 | DATE<br>10/12/22 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 53 | District to Serve<br>No. 53 | Signature of Authorized USMS Deputy or Clerk<br>*natalie Wesly* | Date<br>10/12/22 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date OCT 1 4 2022   Time   ☐ am  ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:   $500.00 deposited into SADF M

D53: 2022-CR-00261-10

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

Case 1:21-cr-00261-SJ   Document 24   Filed 12/28/21   Page 1 of 5 PageID #: 94

Clerk's Office
Filed Date:

12/28/2021

U.S. DISTRICT
COURT
EASTERN DISTRICT
OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

BRUCE SCHOENGOOD,

                Defendant.

-------------------------------------------------------------X

21 CR 261 (SJ)

ORDER OF
FORFEITURE

JOHNSON, Senior District Judge:

WHEREAS, on or about May 21, 2021, Bruce Schoengood (the "defendant"), entered a plea of guilty to the offenses charged in the Sole Count of the above-captioned Information, charging violations of 18 U.S.C. § 371; and

WHEREAS, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461(c), the defendant has consented to the entry of a forfeiture money judgment in the amount of two hundred and seventy thousand dollars and no cents ($270,000.00) (the "Forfeiture Money Judgment"), as property real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of the defendant's violation of 18 U.S.C. § 371 and/or as substitute assets, pursuant to 21 U.S.C. § 853(p).

1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, on

consent, by and between the United States and the defendant as follows:

1. The defendant shall forfeit to the United States the full amount of

the Forfeiture Money Judgment, pursuant to 981(a)(1)(C), 21 U.S.C. § 853(p)

and 28 U.S.C. § 2461(c).

2. All payments made toward the Forfeiture Money Judgment shall

be made by a money order, or certified and/or official bank check, payable

to U.S. Marshals Service with the criminal docket number noted on the face

of the instrument.  The defendant shall cause said payment(s) to be sent by

overnight mail delivery to Assistant United States Attorney Claire S.

Kedeshian, United States Attorney's Office, Eastern District of New York,

271-A Cadman Plaza East, Brooklyn, New York 11201.  The Forfeiture

Money Judgment shall be paid as follows: a payment of one hundred

thousand dollars and zero cents ($100,000.00) shall be paid on or before the

defendant's sentencing (the "Initial Due Date"), and the remainder shall be

paid in periodic installments with the full remaining balance due on or

before the date upon which the defendant completes his supervised release

(the "Final Due Date").

3. If the defendant fails to pay any portion of the Forfeiture Money

Judgment on or before the Final Due Date, the defendant shall forfeit any

2

P-049

other property of his up to the value of the outstanding balance, pursuant to 21 U.S.C. § 853(p), and further agrees that the conditions of 21 U.S.C. § 853(p)(1)(A)-(E) have been met.

4. Upon entry of this Order of Forfeiture ("Order"), the United States Attorney General or his designee is authorized to conduct any proper discovery in accordance with Fed. R. Crim. P. 32.2(b)(3) and (c). The United States alone shall hold title to the monies paid by the defendant to satisfy the Forfeiture Money Judgment following the Court's entry of the judgment of conviction.

5. The defendant shall fully assist the government in effectuating the payment of the Forfeiture Money Judgment, by among other things, executing any documents necessary to effectuate any transfer of title to the United States. The defendant shall not file a claim or petition seeking remission or contesting the forfeiture of any property against which the government seeks to satisfy the Forfeiture Money Judgment in any administrative or judicial (civil or criminal) proceeding. The defendant shall not assist any person or entity to file a claim or petition seeking remission or contesting the forfeiture of any property against which the government seeks to satisfy the Forfeiture Money Judgment in any administrative or judicial (civil or criminal) forfeiture proceeding.

3

P-049

6. The defendant knowingly and voluntarily waives his right to any required notice concerning the forfeiture of the monies and/or properties forfeited hereunder, including notice set forth in an indictment or information. In addition, the defendant knowingly and voluntarily waives his right, if any, to a jury trial on the forfeiture of said monies and/or properties, and waives all constitutional, legal and equitable defenses to the forfeiture of said monies and/or properties, including, but not limited to, any defenses based on principles of double jeopardy, the Ex Post Facto clause of the Constitution, any applicable statute of limitations, venue, or any defense under the Eighth Amendment, including a claim of excessive fines.

7. The entry and payment of the Forfeiture Money Judgment is not to be considered a payment of a fine, penalty, restitution loss amount or a payment of any income taxes that may be due, and shall survive bankruptcy.

8. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Order shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment of conviction. This Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2). At that time, the monies and/or properties paid toward

4

the Forfeiture Money Judgment shall be forfeited to the United States for disposition in accordance with the law.

9. This Order shall be binding upon the defendant and the successors, administrators, heirs, assigns and transferees of the defendant, and shall survive the bankruptcy of any of them.

10. This Order shall be final and binding only upon the Court's "so ordering" of the Order.

11. The Court shall retain jurisdiction over this action to enforce compliance with the terms of this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

12. The Clerk of the Court is directed to send, by inter-office mail, three (3) certified copies of this executed Order to the United States Attorney's Office, Eastern of New York, Attn: WITS Paralegal Nicole Brown, 271-A Cadman Plaza East, 7th Floor, Brooklyn, New York 11201.

SO ORDERED.

Dated: December 28, 2021
     Brooklyn, New York

/s/ STERLING JOHNSON, JR.
Sterling Johnson, Jr., U.S.D.J.

5

P-049